UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| LUC BURBON, on behalf of herself and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>105 W. MADISON DENTAL P.C. d/b/a 212 DENTAL CARE,<br><br>    Defendant. | Case No. 1:18-CV-8951 (JPO)<br>**STIPULATION & ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff and Defendant, 105 W. Madison Dental P.C., pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Confidential Settlement Agreement executed between the parties. Each party shall bear their own attorneys' fees and costs, except as otherwise agreed to by the parties pursuant to the Confidential Settlement Agreement.

Date: January 14, 2019

_____
Joseph H. Mizrahi, Esq.

**COHEN & MIZRAHI LLP**
300 Cadman Plaza W. 12th Fl.
Brooklyn, N.Y. 11201

E-mail: joseph@cml.legal

*Attorneys for Plaintiffs*

SO ORDERED:

_____
Hon. J. Paul Oetken, U.S.D.J.

{00650978.DOCX.1}

_____
Stephania C. Sanon, Esq.
Amanda M. Fugazy, Esq.
**ELLENOFF GROSSMAN & SCHOLE LLP**
1345 Avenue of the Americas, 11th Fl.
New York, N.Y. 10105

E-mail: ssanon@egsllp.com

*Attorneys for 105 W. Madison Dental P.C.*

Date: 1/9/2019

_____
J. PAUL OETKEN
United States District Judge

1/15/19